# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Tony A Wade

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:20CV1021

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

-v-

GFL Environmental

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tony A Wade |
| Street Address | 619 Apt 2 Avon Ave Burlington |
| City and County | ~~N.C. 27215~~ Burlington / Algmance |
| State and Zip Code | N.C 27215 |
| Telephone Number | 336-313-1768 |
| E-mail Address | Tony_0364@YAHoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
 Name GFL Environmental
 Job or Title *(if known)* Diesel mechanic compactor mechanic
 Street Address 3301 Benson Drive Suite 601
 City and County Raleigh / Wake
 State and Zip Code N.C 27609
 Telephone Number 919-877-2213
 E-mail Address *(if known)* Jasmine.meadows@gflenv.com

Defendant No. 2
 Name _____
 Job or Title *(if known)* _____
 Street Address _____
 City and County _____
 State and Zip Code _____
 Telephone Number _____
 E-mail Address *(if known)* _____

Defendant No. 3
 Name _____
 Job or Title *(if known)* _____
 Street Address _____
 City and County _____
 State and Zip Code _____
 Telephone Number _____
 E-mail Address *(if known)* _____

Defendant No. 4
 Name _____
 Job or Title *(if known)* _____
 Street Address _____
 City and County _____
 State and Zip Code _____
 Telephone Number _____
 E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Tony A Wade , is a citizen of the State of *(name)* North Carolina .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* GFL Environmental , is a citizen of the State of *(name)* North Carolina . Or is a citizen of *(foreign nation)* _____

Page 3 of 5

    b.    If the defendant is a corporation

The defendant, *(name)* CFL Environmental , is incorporated under the laws of the State of *(name)* North Carolina , and has its principal place of business in the State of *(name)* North Carolina

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* Raleigh NC

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

all my warnings I got was fasified the head mechanic did the work on the truck, the truck had no brakes and I Tony Wade was fired for saying that the job was not done right and the truck was unsafe and I showed the vedio of the truck Brake pedal going to the floor

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I TonyWade worked from 11 pm until 530 am Monday thru Friday with only one 30 minute Break if I Tony Wade would take a 10 min Break my Boss Micheal Shane Parks would say He would fine me for stealing time Micheal Shane Parks would also call me Tony Wade a possam and that I was incapable of learning and was too old to go to a class I only Had one Warning Verbal

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Bullying Wrongful termination discrimination

Falisifying documents

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        11-12-2020

Signature of Plaintiff        Tony A Wade

Printed Name of Plaintiff     Tony A Wade

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Street Address               _____

State and Zip Code           _____

Telephone Number             _____

E-mail Address               _____





# North Carolina Department of Commerce
## Division of Employment Security
### Unemployment Insurance

5314428

## Determination

Original

| | |
|---|---|
| Mail Date: | February 21, 2020 |
| Decision Date: | February 20, 2020 |
| Issue ID: | 1976511 |
| Claim ID: | 1007111 |
| Benefit Year Ends: | January 2, 2021 |
| RE: | WASTE INDUSTRIES LLC |
| Claimant ID: | 10919018 |

TONY A WADE
619 AVON AVE APT 2
BURLINGTON, NC 27215-6573

Determination by Adjudicator

## DETERMINATION:

Claimant is not disqualified for benefits.

## REASONS:

Claimant last worked for WASTE INDUSTRIES LLC. Claimant filed a claim effective 01/05/2020. Claimant was discharged due to alleged unsatisfactory work performance.

## CONCLUSIONS:

N.C. Gen. Stat. § 96-14.6(a) and (b) provide an individual shall be disqualified for benefits if it is determined by the Division he/she is unemployed for misconduct connected with the work. Misconduct connected with the work is defined as (1) conduct evincing a willful or wanton disregard of the employer's interest as is found in deliberate violations or disregard of standards of behavior that the employer has the right to expect of an employee or has explained orally or in writing to an employee or (2) conduct evincing carelessness or negligence of such degree or recurrence as to manifest an intentional and substantial disregard of the employer's interests or of the employee's duties and obligations to the employer.
Based on the Law as applied to the facts of this case, it is concluded that the claimant's discharge was not for misconduct connected with the work.

Determination Date: February 20, 2020

Appeal Rights Expire: March 23, 2020

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Tony A. Wade**<br>**619 Avon Avenue**<br>**Apt 2**<br>**Burlington, NC 27215** | From: **Raleigh Area Office**<br>**434 Fayetteville Street, Suite 700**<br>**Raleigh, NC 27601** |

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **433-2020-01920** | **Nyketric Singletary,**<br>**Investigator** | **(984) 275-4814** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

| | |
|---|---|
| *(signature)* | 10/16/2020 |
| **Glory Gervacio Saure,**<br>**Area Office Director** | *(Date Mailed)* |

Enclosures(s)

cc:   **Tanika MCculloch**<br>**Sr. Director of Human Resources**<br>**WASTE INDUSTRIES**<br>**3301 Benson Drive**<br>**Raleigh, NC 27609**

## Re: Tony Wade wrongful termination paperwork and discrimination disposition papers

From: Tony Wade (tony_0364@yahoo.com)

To:     jasmine.meadows@gflenv.com

Date: Monday, October 12, 2020, 08:49 PM EDT

An Additional witness added for the Micheal Shane Parks Name calling "possum" and racial term "boy"
is a Black male intern named Rasheem-Witness they are currently working there .But no number avalible. But has My
"Tony Wade" Number/ and he can verify the person who called me "possum"
Lauren Bees 919-208-5617-Witness
Jerry Ekow -984-292-9980 Witness
And Dennis Keith -912-996-0736 He can contest as a verifyible witness as well.And for telling me "Tony Wade" too Fill
out the dot paperwork on trucks and fix later.

    On Monday, October 12, 2020, 08:41:45 PM EDT, Tony Wade <tony_0364@yahoo.com> wrote:

# ATTENTION TONY WADE WORK RECORDS

From: Tony Wade (tony_0364@yahoo.com)

To: jasmine.meadows@gflenv.com

Date: Friday, October 30, 2020, 09:53 AM EDT

Can I please have a copy of my work history from July 3rd 2018 until January 3rd 2020 I need a copy for my case in court my phone number is 336 313 1768 thank you

## ATTN Tony Wade

From: Tony Wade (tony_0364@yahoo.com)

To: jasmine.meadows@gflenv.com

Date: Tuesday, November 10, 2020, 11:03 AM EST


Hello Jasmine this is Tony Wade here I have been trying to contact you since Jan 3rd 2020 for my work records.I also have yet to hear from you via calls or emails. Concerning my case from former employer Waste industires GFL of durham, nc involving Micheal Shane Parks(shopforeman) and Reginald Sherman (operations manager)stated that my voice would not be heard.I guess they were right being you have not return any of my calls or emails.Please contact me asap 336-313-1768

# RE: ATTN Tony Wade

**From:** Jasmine Meadows (jasmine.meadows@gflenv.com)

**To:** tony_0364@yahoo.com

**Cc:** phil.strach@ogletree.com

**Date:** Tuesday, November 10, 2020, 03:35 PM EST

Mr. Wade,

Our attorney Phil Strach will be responding to your email.

Regards,

| HR Generalist II

GFL Environmental

3301 Benson Drive Suite 601, Raleigh, NC, 27609

**T** (800) 207-6618 Ext. 32213 | **D** (919) 877-2213 | **C** (919) 884-5916 | jasmine.meadows@gflenv.com | www.gflenv.com

Confidentiality Notice: This email message (including attachments, if any) is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, proprietary, confidential and exempt from disclosure. If you are not the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and erase this email message immediately.

**From:** Tony Wade <tony_0364@yahoo.com>
**Sent:** Tuesday, November 10, 2020 11:04 AM
**To:** Jasmine Meadows <jasmine.meadows@gflenv.com>
**Subject:** ATTN Tony Wade

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Jasmine this is Tony Wade here I have been trying to contact you since Jan 3rd 2020 for my work records.I also have yet to hear from you via calls or emails. Concerning my case from former employer Waste industires GFL of durham, nc involving Micheal Shane Parks(shopforeman) and Reginald Sherman (operations manager)stated that my voice would not be heard.I guess they were right being you have not return any of my calls or emails.Please contact me asap 336-313-1768

## RE: ATTN Tony Wade

From:  Strach, Phillip J. (phil.strach@ogletree.com)

To:      jasmine.meadows@gflenv.com; tony_0364@yahoo.com

Date:   Wednesday, November 11, 2020, 10:40 AM EST


Mr. Wade:


Please direct all communications to me.  If you are represented by an attorney, please forward his or her contact information to me.


The company does not provide personnel records to former employees.  Accordingly, it cannot fulfill your request.


Regards,

**Phillip J. Strach | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
8529 Six Forks Road, Forum IV, Suite 600 | Raleigh, NC 27615 | Telephone: 919-789-3179 | Fax: 919-783-9412
phil.strach@ogletree.com | www.ogletree.com | Bio



**From:** Jasmine Meadows <jasmine.meadows@gflenv.com>
**Sent:** Tuesday, November 10, 2020 3:36 PM
**To:** Tony Wade <tony_0364@yahoo.com>


**Cc:** Strach, Phillip J. <Phil.Strach@ogletreedeakins.com>
**Subject:** RE: ATTN Tony Wade



*[Caution: Email received from external source]*


Mr. Wade,

Our attorney Phil Strach will be responding to your email.


Regards,

 **DISCIPLINARY ACTION**

| EMPLOYEE NAME (Please Print): | DATE: | TITLE: | BRANCH NO.: |
|---|---|---|---|
| TONY WADE | 3/12/19* | TECH | 17 |

## NATURE OF INCIDENT (Explain in detail):

☐ INSUBORDINATION
☐ FAILED TO REPORT TO WORK
☐ FIGHTING
☐ FAILURE TO REPORT AN ACCIDENT
☐ FALSIFYING COMPANY DOCUMENTS
☐ WILLFUL FAILURE TO PERFORM JOB (work quality)
☐ LEAVING WITHOUT PERMISSION

☐ VIOLATION OF SAFETY RULES
☐ RUDE TO CUSTOMERS
☐ MISAPPROPRIATION OF COMPANY FUNDS/PROPERTY
☐ ATTENDANCE
☑ OTHER _____

## WARNING

☑ Verbal warning   ☐ 2nd written warning
☐ 1st written      ☐ 3rd written warning

Violation Date: _____ 3/11/19 _____
Violation Time: _____ N/A _____ am or pm
Place Violation Occurred: _____

| Company Statement: | * Employee Statement: |
|---|---|
| ON 3/11/19 TONY WASDE PERFORMED A  000-002 B SERVICE ON UNIT 2708C WHICH IS A OIL CHANGE AND GREASE SERVICE .<br>ON 3/12/19 JOE RILEY RECIVED A ROADCALL TO UNIT 2708C UPON HIS ARRIVAL MR.RILEY FOUND THE OIL FILTER LOOSE AND UNIT WAS SPRAYING OIL FROM THE UNIT I INFORMED MR.WADE WE NEED TO MAKE SURE WE ARE USING THE PROPER TOOL TO TIGHTEN THE FILTERS .<br>Failure to correct this behavior and/or further violations of Company policy will result in additional disciplinary action up to and including termination of employment.<br><br>☐ see attached sheet | Check proper box:<br>☑ I concur<br>☐ I disagree with the Company's statement for the following reasons:<br><br><br>☐ see attached sheet |

Manager signature: _____  _____ 3-12-19 _____
                      Name                      Title      Date
Witness signature: _____  OPSMGR  3-12-19
                      Name                      Title      Date

THIS IS A VIOLATION OF COMPANY RULES. IF THIS OCCURS AGAIN, OR IF THERE IS ANY OTHER VIOLATION OF COMPANY WORK RULES IN THE FUTURE, YOU WILL BE DISCIPLINED FURTHER OR TERMINATED.

☐ I ACKNOWLEDGE RECEIVING THE ABOVE WARNING

Employee signature: _Tony Wade_____   Date: _3-12-19_

\* IF YOU DISAGREE WITH THIS ACTION, YOU HAVE THE RIGHT TO RESPOND IN WRITING TO YOUR MANAGER OR HUMAN RESOURCES WITHIN 10 DAYS.

☐ White Copy - HR        ☐ Yellow Copy - Branch

**EXHIBIT 4**

Revised 11/06

 **Waste Industries** DISCIPLINARY ACTION

| EMPLOYEE NAME (Please Print): | DATE: | TITLE: | BRANCH NO.: |
|---|---|---|---|
| Tony Wade | 10/28/19 | PM Tech | 17 |

## NATURE OF INCIDENT (Explain in detail):

☐ INSUBORDINATION
☐ FAILED TO REPORT TO WORK
☐ FIGHTING
☐ FAILURE TO REPORT AN ACCIDENT
☐ FALSIFYING COMPANY DOCUMENTS
☑ WILLFUL FAILURE TO PERFORM JOB (work quality)
☐ LEAVING WITHOUT PERMISSION

☐ VIOLATION OF SAFETY RULES
☐ RUDE TO CUSTOMERS
☐ MISAPPROPRIATION OF COMPANY FUNDS/PROPERTY
☐ ATTENDANCE
☐ OTHER
_____

## WARNING

☐ Verbal warning    ☐ 2nd written warning
☑ 1st written        ☐ 3rd written warning

Violation Date: __10/22/19__
Violation Time: __11:00pm__ am or pm
Place Violation Occurred: Shop

**Company Statement:**
On 10/22/2019 Tony Wade diagnosed that the master cylinder on truck 11300 was defective and needed to be replaced. The master cylinder is a key component of the brake system on the truck. When I, Michael Parks came in on 10/23/2019 I asked where the truck was and I was told it was on a route. When I asked Tony why he did not remove the truck from service, which is important next step when a brake issue is identified, he stated he thought it would be okay to run until we got the part in. When a brake issue is identified and can not be fixed with the proper parts the truck must be taken out of service and not put back in service until it is fixed. Tony has taken part in meetings and instruction regarding brake safety and should have taken the truck out of service.
Failure to correct this behavior and/or further violations of Company policy will result in additional disciplinary action up to and including termination of employment.

☐ see attached sheet

**\* Employee Statement:**

Check proper box:
☑ I concur
☐ I disagree with the Company's statement for the following reasons:

☐ see attached sheet

Manager signature: _____
                        Name
Witness signature: _____
                        Name

_Alex Mega_  _11-4-19_
Title          Date
_Ops Mgr_  _11-4-19_
Title        Date

THIS IS A VIOLATION OF COMPANY RULES. IF THIS OCCURS AGAIN, OR IF THERE IS ANY OTHER VIOLATION OF COMPANY WORK RULES IN THE FUTURE, YOU WILL BE DISCIPLINED FURTHER OR TERMINATED.

☐ I ACKNOWLEDGE RECEIVING THE ABOVE WARNING

Employee signature: _Tony Wade_    Date: _11-4-19_

\* IF YOU DISAGREE WITH THIS ACTION, YOU HAVE THE RIGHT TO RESPOND IN WRITING TO YOUR MANAGER OR HUMAN RESOURCES WITHIN 10 DAYS.

☐ White Copy - HR      ☐ Yellow Copy - Branch

**EXHIBIT 5**

Revised 11/06

 **Waste Industries** # DISCIPLINARY ACTION

| EMPLOYEE NAME (Please Print): | DATE: | TITLE: | BRANCH NO.: |
|---|---|---|---|
| Tony Wade | 12/12/19 | tech | 017 |

## NATURE OF INCIDENT (Explain in detail):

- ☐ INSUBORDINATION
- ☐ FAILED TO REPORT TO WORK
- ☐ FIGHTING
- ☐ FAILURE TO REPORT AN ACCIDENT
- ☐ FALSIFYING COMPANY DOCUMENTS
- ☑ WILLFUL FAILURE TO PERFORM JOB (work quality)
- ☐ LEAVING WITHOUT PERMISSION

- ☐ VIOLATION OF SAFETY RULES
- ☐ RUDE TO CUSTOMERS
- ☐ MISAPPROPRIATION OF COMPANY FUNDS/PROPERTY
- ☐ ATTENDANCE
- ☐ OTHER

## WARNING

| ☐ Verbal warning | ☐ 2nd written warning |
|---|---|
| ☐ 1st written | ☑ 3rd written warning |

Violation Date: 12/10/19
Violation Time: pm _____ am or pm
Place Violation Occurred: shop

### Company Statement:
ON 12/10/19 Tony Wade completed a annual vehicle inspection report (DOT) on unit 3460c when I looked at the inspection sheet Tony marked the brakes as being good. on 12/12/19 I Michael parks came into the shop and seen unit 3460 with the rear axle wheels removed I walked over to the the unit I seen the rear brakes worn out on this unit. This is a serious safety issue our policy is to pull the brakes at 12/ 32nds the passenger side rear brakes were less than 10/32nds they were down to the rivets. These specs are in violation of company policy as well as federal motor carrier safety regulations .

Failure to correct this behavior and/or further violations of Company policy will result in additional disciplinary action up to and including termination of employment☐ see attached sheet

### * Employee Statement:
Check proper box:
- ☑ I concur
- ☐ I disagree with the Company's statement for the following reasons:

☐ see attached sheet

| Manager signature: | _____ Name | Asst Manager Title | 12-13-19 Date |
|---|---|---|---|
| Witness signature: | _____ Name | Ops man Title | 12-17-19 Date |

THIS IS A VIOLATION OF COMPANY RULES. IF THIS OCCURS AGAIN, OR IF THERE IS ANY OTHER VIOLATION OF COMPANY WORK RULES IN THE FUTURE, YOU WILL BE DISCIPLINED FURTHER OR TERMINATED.

☐ I ACKNOWLEDGE RECEIVING THE ABOVE WARNING

Employee signature: Tony Wade     Date: 12-13-19

\* IF YOU DISAGREE WITH THIS ACTION, YOU HAVE THE RIGHT TO RESPOND IN WRITING TO YOUR MANAGER OR HUMAN RESOURCES WITHIN 10 DAYS.

☐ White Copy - HR

**EXHIBIT 6**

☐ Yellow Copy - Branch

Revised 11/06

 **Waste Industries**   # DISCIPLINARY ACTION

| EMPLOYEE NAME (Please Print): | DATE: | TITLE: | BRANCH NO.: |
|---|---|---|---|
| Tony Wade | 12/31/19 | Tech | 017 |

## NATURE OF INCIDENT (Explain in detail):

- ☐ INSUBORDINATION
- ☐ FAILED TO REPORT TO WORK
- ☐ FIGHTING
- ☐ FAILURE TO REPORT AN ACCIDENT
- ☐ FALSIFYING COMPANY DOCUMENTS
- ☑ WILLFUL FAILURE TO PERFORM JOB (work quality)
- ☐ LEAVING WITHOUT PERMISSION

- ☐ VIOLATION OF SAFETY RULES
- ☐ RUDE TO CUSTOMERS
- ☐ MISAPPROPRIATION OF COMPANY FUNDS/PROPERTY
- ☐ ATTENDANCE
- ☐ OTHER

## WARNING

| | |
|---|---|
| ☐ Verbal warning | ☐ 2nd written warning |
| ☐ 1st written | ☐ 3rd written warning |

Violation Date: 12/2/19
Violation Time: PM _____ am or pm
Place Violation Occurred: shop floor

### Company Statement:
On 12/30/19 we were looking at a unit that had electrical problems when we pulled back the wires my day shift tech found a wire had been ran from the battery box spliced into another wire and ran inside the cab of the truck. The wires were pulled back and exposed and twisted together .Basically Tony spliced into 3 wires a hot wire, ground wire,then ran another hot and taped all three wires together to repair a in-op working light. This is not the practice we use to make electrical repairers this is how fires get started on trucks .I did ask Tony why he did not use wire connectors or heat shrink the wires he did not give me any answer at all he did return to my office and stated well I wont do that again and walked out.

WORK DONE OCT 2018

Failure to correct this behavior and/or further violations of Company policy will result in additional disciplinary action up to and including termination of employment ☐  see attached sheet

### * Employee Statement:
Check proper box:
- ☐ I concur
- ☑ I disagree with the Company's statement for the following reasons:

☐ see attached sheet

| | | | |
|---|---|---|---|
| Manager signature: | _____ Name | Phac Morgan Title | 1-3-20 Date |
| Witness signature: | _____ Name | Ops Mgr Title | 1-3-2020 Date |

THIS IS A VIOLATION OF COMPANY RULES. IF THIS OCCURS AGAIN, OR IF THERE IS ANY OTHER VIOLATION OF COMPANY WORK RULES IN THE FUTURE, YOU WILL BE DISCIPLINED FURTHER OR TERMINATED.

☐ I ACKNOWLEDGE RECEIVING THE ABOVE WARNING

Employee signature: Tony Wade          Date: 1-3-20

* IF YOU DISAGREE WITH THIS ACTION, YOU HAVE THE RIGHT TO RESPOND IN WRITING TO YOUR MANAGER OR HUMAN RESOURCES WITHIN 10 DAYS.

☐ White Copy - HR          **EXHIBIT 8**          ☐ Yellow Copy - Branch

Revised 11/06

## Letter

From:   Tony Wade (tony_0364@yahoo.com)

To:      staples@printme.com

Date:   Friday, June 12, 2020, 04:21 PM EDT


I, Tony Wade started employment with Waste Industries at 148 Stone Park ct Durham , Nc on July 2, 2018. Mike Young was the shop foreman at the time. When I got the interview for the job Mike Young and Bill Davison asked me about what I knew about trucks and hydraylics on the trucks, my answer was that I was very knowledgeable. At the time I was currently on a job where I was building dump trucks for the city of Durham which included putting on new dump beds and new hydraulic cylinders, hoses and replacing all the wiring. I never recevied any complaints about the job and the job was completed fully and correctly. I also worked on Hino Trucks Pm Service, replacing brakes, rotor and brake calipens. I also did work for all Budget Enterprise Box trucks and Pms. I also do road calls on any vehicles that is needed. I have never had any complaints for any maintance work that I have done. All jobs were completed fully and efficiently. When I was working for Advance Maintenance of Durham I had my own service truck, My boss's name was Mike.

Mike Young told Bill Davison that he knew a good mechanic. "When I see one (mechanic) I can tell by his hands" was his comment to Bill. Mike Young showed me the trash trucks and told me about their fuctions. There was a truck at the sop that had caught on fire and was burnt up really bad. Mike young showed me this truck and asked me, Tony Wade if I was able to fix that truck. I told him that I was able to fix the truck if you can get me the proper parts that need to be replaced. Mike Young told me that he will get the parts that were needed the next day, Wednesday July 3, 2018.

A front loader truck needed a valve body, which weighs 350lbs or more. Mike Young asked all the mechanics in the shop, "who wants to put in the vaule in the truck?" There was no response to the question and everyone was quiet. So I offered to do the job. Mike Young said that the job would take three days. I, Tony Wade was able to complete the job in one day efficiently.

Thursday July 4, 2018, Justin who was the compacter mechanic was leaving Friday July 5, 2018. Mike young asked all the mechnaic in the shop if any one wanted the compacter job, again everyone got quiet and no one responsed. That job was a nasty job and germs all around you. I Tony Wade was willing to take the risk and do the job. I told him that I would do it. I was shown the sites and told what tools were needed for the job as I was to purchase the tools myself. I watched Justin that Thursday and Friday. Justin left that Friday afterrnoon and by Monday I was on my own, reparing and wiring compactors. I completed th job correctly and safetly. Mike Young brought me white jump suits and waterproof boots to wear for standing deep in the trashwater but I purchased my own tools. I did this job for 11 months. I provided compacting services all pver Durham, Chapel Hill, Monroe, Cary and the ROU Airport. Steve Bellomy Head Maintence was there when we put in the new installs and was there when the compactor would break down. When there was damage, I Tony Wade would come to the airport fix and repair the damage compactors and reprogram them when needed. Steve Bellomy told me that I always did a great job. Again I have never had any complaints on the work I have done for my clients or employers and always get praise for the work that is done.

Mike Young got fired from Waste Industires Sept, 2018. Craige Johnson took over the shop short term and William Russel was hired back at the shop as well. I was still doing the compactor work and fixing the trucks when needed. Craig Johnson had Logan, who was a lead mechanic at the Garner shop to come and help out at the shop in Durham. Logan was told that I had a lot of knowledge about the trucks, and I was prasied for the good work that I do, and that all work that I do is done correctly.

October 2018 a new shop foreman name John was hired at Waste Industries. He asked each mechanic what was their job duties and he was informed of each persons job duties. He told me, Tony Wade to continue the compacting work that I was doing because he was informed that I was doing an excellent job. For the months of November, December everything was going good, even with the extra outside help that was coming in from the other waste industry shops.. Matt Hall was one of the mechanics that was helping us out. Towards the end of December 2018, Micheal Shane Parks came to the Durham shop as a trainee to learn how to be a foreman. John our supervisor was training Micheal Shane Parks, on how to be a good shop foreman. January 2019, Micheal Shane Parks was noticing how John was taking advice from the black mechanics on how to make the job run more smoothly and efficiently. Each time that John, the shop foreman would take the advice from the black mechanics Micheal Shane Parks would shake his head in obvious disapproval and noticeable disgust.

February 2019, Micheal Shane Parks asked John the foreman "Why are you taking advice from them (nodding his head towards the mechanics in the shop that were black) You are the boss, you tell them they do not tell you." John repiled to Micheal Shane Parks, "I treat everybody equal. This is not a one way shop. If you have a good idea I am going to listen and will try it to see if it works better for the shop." Shortly after that conversation between John and Micheal Shane

Parks John was fired. Apparently Micheal Shane Parks reported something to the human resources department and John was immedaitley fired.

March 2019, Micheal Shane Parks called all the mechanics to the office and informed us that John is no longer with us and that he is going to temporarily be the new shop foreman. Meanwhile Matt Hall was hired on permanently at the waste Industires Durham shop as a mechanic.

April 2019, Micheal Shane Parks got the postion of shop foreman permanently. Day one Micheal Shane Parks had a meeting with all of the mechanics. Matt Hall, Joe Riley, William Russell, Dennis Keith and Tony Wade were the mechanics that were present in the office. Joe Riley and William Russell are white, Matt Hall Dennis Keith and Tony Wade are black. Micheal Shane Parks said "II am from Alabama and I'm going to show you how we run things. I am the boss what I say goes. He then specifically to Dennis Keith, and Tony Wade and who were black and said "I, Micheal Shane Parks do not like what I am seeing. I am going to implement some changes in Janaruy 2020. When then left the meeting and went to the shop floor. Micheal then called me, Tony Wade back to the office and told me that I was not qualified to be the do compactor job that I had been doing for the past year. He then asked me to "go take out your tools in the truck. I took out my tools and then Micheal Shane Parks proceeds to say that I was stealing from the company.My tools came from Harbor Feight. When I first took the job Justin the perivous compactor had tool all of his tools with him which is why I was responsible for buying my won tools. Michael Shane parks then reassigned my job duties. My job duties were reassigned as followed. 1. Clean the shop after frist shift for Joe Riley and William Russell Micheal Shane Parks said "they are above you", when giving me these instrutions. 2. clean up for the 3rd shift and clean your own mess up.. 3. inspect the yard during the day for trash. 4. Clean all parking pads for the trucks. 5. Make sure all the drains and outside filters are clean and replace filters if damaged. 6. clean shop outside pads with sweeper front and back. 7. Clean wash bay pressure wash 8. Do safety lane, check behind blade for trash check lights, tires and tire air pressure, check oil and transmisson fluid, check fire extinguisher, check front leaf spring for damage, check and look for missing bolts on body of truck. 9. Train new help 10. Make sure new help has everything needed to do the job including loaning your own tools out 11. Pull in the truck for the new help. 12. Go on road calls when needed. 13. Go on compactor road calls when needed (the oringal job that I Micheal Shane Parks said I was unqualified to do) 14. Do pm on trucks , change oil and oil filters, check rear end for grease and add oil if needed, check transmission for trans oil fill if needed, grease all grease fittings, check lights, check dot inspections to see if still vaild, check trucks for damage. 15. Preform Dot inspections on trucks when needed 16. Put on all brakes and wheel seals and bearings on trucks. 17. Replace all hydrualic cylinders and lines on the trucks. 18. CHange tires. 19. Repair and replace ac units on trucks. 20. Fix heating systems on trucks for the winter when needed. 21. Replace all radiators on trucks when damaged.

After Micheal Shane Parks gave me my job duties he said Micheal Shane Parks said, "We are going to clean the shop out. I am getting rid of all the breaks , drums, lights and , all the extra angle iron steel and the compactors parts that is in the shop that we are not using for spare parts. I do not want any new spare parts in my shop." He then proceeded to get rid of all the new parts in the shop. It was all thrown in the metal bins to be thrown to the dumpster. He also got rid of all the ladders, new mirrors, and all the battery powered grease guns. All these parts were necessary parts that were needed to complete the jobs for the trucks, without these parts the job was unable to be done correctly and efficiently. For the month of April 2019 I had accumulated 119 paid time off. I, Tony Wade asked for April 19 and April 22 off for my birthday. I was given the ok to have those days off on the condition that I complete double the work or complete any work that I would have done on those days off I was to complete it before I was given those days off.

May 2019 Micheal Shane Parks was being audited for parts in the shop. He had to show an account of the new parts that was put onto the trucks. Micheal Shane Parks did not know how to make the auditor believe that his inventory was correct being that he had gotten rid of all the new parts in April. So Micheal Shane asked Matt Hall to help him with the situation. Matt Hall replied "All you have to do is falsify the documents. by making out work orders and billing out parts on the trucks that you do not have." Micheal Shane Parks told me, Tony Wade to make up work orders of a few trucks saying that I put on new parts. This was all untrue, none of this work was done. I felt pressured and it was made clear to me that I would be fired if I did not do as I was told. So out of fear of being unemployed I complied.

While working for Micheal Shane Parks I was working 10-15 hr a day for a total average of 147 hours every two weeks I was only allowed one 30 minute break a day. If I took an extra 15 min break, I was accused of stealing time. This was not the case with all of the employees. William Russell and Joe Riley the only white mechanics in the shop worked about 12 hours a day and received two 15 minute break and one 30 minute break.

When the auditor came for the inventory paperwork she concluded that everything was correct with only a few mistakes and Micheal Shane Parks passed the audited. After that was done Micheal Shane Parks said to Matt Hall, "You do not have to do anymore work at the shop. You just help me to do my job in the office and all of my paperwork. Make Tony Wade do the all the mechanic work." From that day forward Matt Hall came into work 30-45 min late everyday and stayed on the talking on the phone throuhout the entire day and night shifts, that he worked. The change in his work ethic was noticed by all employees at the shop but noone ever said anything to him directly. When a complaint was made to MIcheal Shane Parks about Matt Hall coming in late and talking on the phone MIcheal Shane Parks reply was,"No, your wrong that was Tony Wade that comes n late and talks on the phone."

There was certain parts that were needed to fix a truck. These parts we no longer had because they were thrown away back in April by Micheal Shane Parks. When mechanics asked MIcheal Shane Parks about the missing parts he repiled "Tony Wade stole the parts." Dennis Keith and William Russell repiled back, "No, you threw away the parts back in April.

We told you we were going to need those parts." Micheal Shane Parks, walked away from the conversation and shaking head.

June 2019. In the first week of June Micheal Shane Parks came up to me, Tony Wade and told me that I was doing the safety lane checks wrong. Micheal Shane Parks said to me, "You do it my way or I do not need you working for me. I am paying you too much money." I Tony Wade said, "I went by your list for safety lane checks. Look behind the blade and check the milage, check horn and lights, backup lights, check oil transmisson fluid, check tires, tire pressure, fire extinguisher, leaf spring, check for damage, hanging air lines and damage to the truck." Micheal Shane Parks yelled at me Tony Wade, screaming, "I said check behind the blade and then oil transmission fluid, lights, milage! If you can't do it I don't need you here! I am paying you too much money to be doing the job wrong! You are incapable of learning!" I, Tony Wade, replied to him "But I checked everything on the list and did not miss anything." Again yelling at me Micheal Shane Parks screams "I am the boss! I'm from Alabama I tell you you don't tell me! This is how we run things! You do what I say! Do you want to have a job? I tell you! End of discussion!"

In the 2nd week of June Micheal Shane Parks called all the mechanics to the shop floor and addressed the black mechanics saying, "You guys do not even know how to change oil or do a perfect pm. I am going to make some changes come January 2020. I don't need this kind of help in my shop!" Micheal Shane Park then told Matt Hall to make sure he finds something wrong with every pm Tony Wade does and document it in the system.

Allison a white male 19 years old with no experience or knowledge about trucks was hired on at 18.00 an hour. I, Tony Wade was told to train him and let him use my tools on the job. In the third week of June most of the trash trucks Ac units were not working. Matt Hall was the mechanic that was to repair the Ac units on the trucks. Matt Hall only completed one truck. I, Tony Wade did the rest of the Ac units on the trucks.. Matt Hall finished one truck and walked away on the phone and so I, Tony Wade finished the rest of the trucks. The following week the job was completed and the drivers of the trucks are happy that they have AC now. Micheal Shane Parks asked the drivers, "Are you happy now that your AC is working?" They replied, "Yes." Micheal Shane Parks replied "Yes, I know. I put my best man on the job. Matt Hall. That's why you have AC." One of the drivers responded by saying "No. Tony Wade fixed the Ac on my truck. Matt Hall was too busy on the phone." Micheal Shane Parks replied, "Tony Wade does not know how to fix AC units on trucks. I don't believe that." He then proceeded to walk away shaking his head.

July 2019. David Wall is an electrician and compactor and worked as a contractor, needed my help to work on a compactor. He knew that I knew how to get it up and running. He called Micheal Shane Parks to ask him to let me Tony Wade to come help him start up the compactor. Micheal Shane Parks told him, "Tony Wade does not know how to fix a compactor." David Wall replied, "Send Tony Wade I need him." I left and went to fix the compactor. When I got back I was told to go and finish 21 other jobs that I had to do. Everyone else is only assigned one job. I was told if I did not finish all of the 21 jobs that I was assigned I would be fired. Micheal Shane Parks said that, "I have that right because I am the boss and I can fire you for any reason that I want. That is a NC law.

July 2019. I, Tony Wade is receving insult daily. I was contiually being told that I was incapable of learning, I do not know how to do pm service and I could not follow directions. So I, Tony Wade said to Micheal Shane Parks, "I am willing to go back to school and learn about the trucks." Micheal Shane Parks reply was"No! You are too old to go back to school. I will not send you back to school."

August 2019 Allison the new young mechanic quit the job. Micheal Shane Parks hired a black male Jerry Ecko who had no previous knowledge or experince at 16.00 an hour. Jerry Ecko was willing to learn about the job and gain experience. Joe Riley and William Russell the white mechanics refused to show or train Jerry on the job. Matt Hall was assigned to train him an refused to do it. Jerry was lost and when he asked for help none of they refused to help. Dennis Keith the older black mechanic helped him but could only help but so much as he did not know the job that Jerry Ecko was hired to do. I, Tony Wade saw what was going on and even thought I was extremely busy with the 21 job duties I was assigned I took the time out to train Jerry Ecko. I trained him on safety lines, tires, pm services. I was still working  15-18 hours a day with only one 30 mintue break. I instructed Micheal Shane Parks that the truck was shafting and needed insulation, if not they would catch on fire from rubbing. Michael parks replied " I don't take advice from you, you listen to me i'm the boss"

The last week of August 2019. Micheal Shane Parks started calling me out of my name and nickenamed me possum. When all new employees or salesman would come to the shop he would call me "Possum" Micheal Shane Parks would say to a salesman "Hey do you want to see a possum. Hey Tony, possum what are you doing? Get on the job!" He would  laugh out loud as if it was funny. I expressed to him that I did not like being called out of my name. He ignored me and contiue to call me that. "I am the boss. I am above you," was MIcheal Shane Parks response when I complained about his "nickname" for me.

September 2019. A rear loader trucker needed a left front break chamber, new steer brakes and drums . I applied the left front brreak chamber and drums. When I went to the parts room I noticed that there was no 45 degree air fittings and there was only straight air fittings in the shop. So I put the straight air fittings on the break chamber, temporaily so that the driver could drive the truck the next day. I told Micheal Shane Parks that I needed 45 degree air fittings so that I could properly complete the truck. Five days passed and Micheal Shane Parks did not order the fittings. On the 6th day the driver of the said truck made a hard left tur while turning around which put a bend in the air line. The air could not release properly. The driver drove the truck back to the shop and said that the left front brake was not releasing properly, due to the straight air line fitting. The driver expressed that he was under the impression the the straight air fitting was only temporay and that he was supposed to get the proper air fitting put on when it ws order. MIcheal Shane

never ordered the piece.  Later the 45 degree air fitting was found in William Rusell his tool box the entire time. I was not allowed to speak to the driver to explain what had ahppened. Micheal Shane Parks told me, "I did not know how to do breaks or fix any of the trucks on the yard which is why the drivers truck was not fixed properly. He then said that I was not allowed to touch any truck on the yard because I do not know what I am doing. The only thing that I am good for is sweeping the floor. William Russel replaced the straight air fitting with the 45 degree air fitting that was needed and breaks worked fine.

 For the next two weeks I was not allowed to touch a truck or give anyone any advice about a truck. and if I did give any advice I would be terminated.

Willie is the driver of a 1300 Hino Box truck and he needed front and rear brakes.. Joe Riley and William Russel replaced the rotora and brakes on that truck. After the job was doe Joe Riley and William Russel sad that the truck was safe to drive. Willie the driver of the truck left and then later came back to the shop. He said the did not have any brakes on the truck. I, Tony Wade checked the brakes on that truck. The brake pedal was on the floor. If there were no brakes then the truck would not be able to stop and the truck was not safe to drive. I went and told Micheal Shane Parks about the brakes and that Joe Riley and William Russel were the ones that had completed that job.Joe Riley and William Russel went to check it out and repiled that the brakes were supposed to be on the floor. Micheal shane Parks decided that they were right and let the truck go out. The driver of the truck kept on writing on the ticket VCR that the truck had no brakes and noone would fix his brakes. When I tired to get them to properly fix the truck Micheal Shane Parks said to me "Joe Riley and  William Russel were above me and I can not go around saying that they did not fix the truck correctly. I will fire you if I hear you say that again.

October 2019 Micheal Shane Parks hires a new man name Andre  a white male with no knowledge or experince or tool to work on trucks paid at 20.75 an hour. Joe Riley and William Russel worked with him diligently and allowed him to use their tools to work on the tucks. He worked 8 hours a day and receive one 15 mintue break and one 30 mintue break. Micheal Shane Parks annouced aloud to the shop,"We do not need Tony Wade anymore we got Andre.

In the middle of October 2019 Micheal Shane Parks called all of the mechanics to the office he "you guys a re doing a bad job on the trucks. Ya'll cant even do a pm service right. You cant even aire up a light like I said I am from Alabama there are going to be some changes come next year. I am the boss what I say goes. Mich eal Shane Parks was directing this speech towards me. The newest mechanic Andre makes a comment saying "Why Micheal are you so mad at Tony. He did nothing wrong. Tony Wade is good and he does most of the work around here. After this happened he called in new guys to do pm's and DOT inspections. Michael parks got angry with the guys he called in to do these jobs because the trucks did not pass inspection. Michael parks no longer allowed the peterbuilt guys to return to do anymore work from that point forward. Michael then made me do the DOT paperwork and pass the inspection on 8 trucks without actually fixing them. They were front loader trucks and peter built trucks. Michael told me this in front of the other mechanics  Dennis Keith and Jerry Eckow. Michael continued to say " I am the boss those peter built guys are costing too much money we will fix the trucks later" even though the trucks were already inspected but not repaired.  November 2019, front loader truck needed DOT inspection, Michael Shane Parks instructed me to do the paperwork and put on the DOT inspection knowing that the truck needed brakes and drums and s cams. I did as he Michael Shane Parks instructed me to do and fixed the truck the next day after the truck was used for one more route. The next day, Michael Shane Parks gave me a warning saying that I done a DOT on a truck but didn't do the repairs. I Tony Wade told Michael Shane Parks that he was aware of this because this was what he had instructed me to do. Michael Shane Parks replied" you cant talk back to me I will see that you lose your pto time and bonus check. You do not have any rights to question my judgment I am the boss." Michael Shane Parks then proceeded to tell me to follow him to the office where Reggie Sherman the operations manager was waiting for me to come in the office for my warning. I was told by Reggie Sherman and Michael Shane Parks that if I didn't sign the warning I Tony Wade would  be fired on the spot. I Tony Wade then replied" I need to speak to someone in HR". Michael Shane Parks and Reggie Sherman then replied back" You can talk but your voice will not be heard". So I Tony Wade signed the warning and asked for a copy. Reggie Sherman and Michael Shane Parks both replied again" its against company policy to give a copy of warnings". So I Tony Wade proceeded to pull out my phone and take a picture of the warning. Michael Shane Parks and Reggie Sherman replied" if you take a picture you are in violation for stealing company files and you will be instantly terminated". November 2019, Willie the driver of  box truck 1300 still was driving his truck without brakes. The brakes that Willam Russell and Joe Riley repaired are the same brakes that I had informed Michael Shane Parks that were not repaired. Michael Shane Parks said " since you Tony Wade found the problem you are getting a warning for letting a truck go out unsafe." Michael Shane Parks took me to the office and Reggie Sherman was waiting on me Tony Wade again. They had a write up for me stating that I let a truck go out unsafe and I Tony Wade never touched this truck because prior to this I had been instructed not to touch this very same truck or I would be terminated. Then Michael Shane Parks stated " I personally fixed that truck". To my knowledge he never purchased the parts to fix the truck because I was there the whole time. Willie the driver up the truck came back at this same moment and stated he still had no brakes. Michael Shane Parks and Reggie Sherman still insisted that I, Tony Wade had to sign a warning or be immediately terminated.  I tried to further explain to them that I had not worked on that particular truck and they proceeded to tell me that my voice would not be heard no matter what because they are management and what they say goes.  The second week December 2019, I Tony Wade had somewhere i had to be very important so i asked Michael Shane Parks could i come in late, before i could tell him how much time i needed Michael Shane Parks said" get to work im not paying you to stand around". So I Tony Wade went back to work doing my 21 jobs, three hours later, Michael Shane Parks sent Matt Hall to

tell me Tony Wade," your schedule is 2pm to 4 am i will allow you to come to work if you are here by 6pm". I Michael Shane Parks have instructed Matt Hall if you are not here by 6pm do not let you work i don't need that kind of help working for me lazy. I Tony Wade had to drive 378 miles to tend to my business that day so i did not make it to work by 6pm i arrived at 6:05pm.  So since i was instructed by Michael Shane Parks not to work if i came after six i done as i was told and did not go in that day. The next day Wednesday, Michael Shane Parks was boasting and bragging to Steven Stone the compacter guy, about how many warnings he was going to write me up for. Steven Stone came to me and confided in me as to what was going on. So I Tony Wade went to Reggie Sherman and asked him can i get a written warning for following a direct order from your supervisor? Reggie Sherman replied that he didn't know that corporate can do whatever they want to do. Michael Shane Parks found out that i asked Reggie Sherman about the warning and told me Tony Wade that i had no right or any rights to ask questions about him because " I am the boss you can be terminated for that also". December 2019,  second week, I Tony Wade was called to the office once again by Michael Shane Parks. He then stated that i had not put a butt connector on a wire for a light on truck 10539. The light still works and was taped up with electrical tape, Michael Shane Parks replied" tell me why you didn't put a butt connector on the wire" I Tony Wade replied" I did that October 2018 on a road call. I didn't have any butt connectors on the truck, but I did tape it up very well with electrical tape. its been two years already and the light is still working." Michael Shane Parks told me Tony Wade" I will not accept that answer from you, you are still incapable of learning." I just looked at Michael Shane Parks and walked out the door. Joe Riley told me" just go beg and plead and tell him you will never do that again so that way he wont fire you". I told Joe Riley I'm not going to beg and plead anyone who has no respect for me as a black male. Afterwards, Michael Shane Parks went and got Reggie Sherman s those two together wrote up a warning falsifying a lot of information. I am not aware of what was said on it because I wasn't allowed to see it all I do know is the date was wrong because this was a job from October 2018 not  December  2019. January 3rd 2pm 2020, I Tony Wade arrived at work and clocked in started cleaning up themes left from 1st shift, then continued to clean wash bay. Once I finished that Michael Shane Parks took me to the office where Reggie Sherman was waiting for me to sign a warning for could have caught a truck on fire because of a butt connector, even though there were no wires connected to the truck wire harness, truck spotlight had its own separate wiring to a switch with a fuseable link. I instructed Michael Shane Parks and Reggie Sherman that the accusations were false and untrue. I did not sign this warning. Michael Shane Parks and Reggie Sherman stated to me then that since I had not signed this warning I was automatically terminated. So from 1/20/2020 until now all of Michael Shane Parks employees have been instructed not to communicate with myself Tony Wade in person or over the phone or there would be consequences for them. He instructed Matt Hall to keep a check on the phones of the employees if they were communicating with me, Tony Wade in any form to report to him, Michael Shane Parks. I Tony Wade went to pick up my tool box after this incident and Michael Shane Parks then accused me of stealing tools and phones from the company. I called Bill Davidson since he is the regional manger. He informed me that he knew nothing about me being terminated and that he knew that i worked ALL the time at the shop and there was nothing he could do to help me get my job back but he did state that he knew I wasn't stealing anything and that regardless of what Michael Shane Parks said you would not be made to pay for any tools or phones because Bill Davidson was there when he was yelling at you Tony Wade. "And I Bill Davidson know that was not right".

Show more