IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
NORTH CAROLINA
Case No. 1:20-cv-01021-CCE-JEP

| | |
|---|---|
| TONY A. WADE, | ) |
| | ) |
| Plaintiff, | ) STIPULATION OF DISMISSAL |
| | ) [FRCP 41(A)] |
| v. | ) |
| | ) |
| GFL ENVIRONMENTAL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff, Tony A. Wade ("Wade" or "Plaintiff"), by and through counsel, and Defendant GFL Environmental ("GFL" or "Defendant"), hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: 09/22/2021   NATALIE R. JONES ATTORNEY

 /s/ Natalie R. Jones
NATALIE R. JONES
ATTORNEY FOR PLAINTIFF
TONY A. WADE

Dated: 09/22/2021   OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ Robert A. Sar
Robert A. Sar, N.C. Bar No. 22306
8529 Six Forks Road, Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919.787.9700
Facsimile: 919.783.9412
E-mail: bob.sar@ogletreedeakins.com
ATTORNEY FOR DEFENDANT
GFL ENVIRONMENTAL

ORDER OF DISMISSAL

      Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HERBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney fees and costs. The Clerk is directed to close the file.

Dated: _____

                                            _____
                                            HONORABLE CATHERINE C. EAGLES
                                            UNITED STATES DISTRICT COURT JUDGE